1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   RYAN LEWIS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,          ) No. CR. S-05-0083 EJG
                                      )
14              Plaintiff,            )
                                      ) **STIPULATION AND ORDER**
15     v.                             ) **CONTINUING STATUS CONFERENCE**
                                      )
16 RYAN LEWIS,                        )
   EVA HOLLAND,                       ) Date: July 15, 2005
17 LILI HOLLAND, and                  ) Time: 10:00 a.m.
   JEREMIAH COLCLEASURE,              ) Judge: Hon. Edward J. Garcia
18                                    )
                Defendants.           )
19                                    )
   _____    )
20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and all defendants, through their respective attorneys, that

23 the status conference scheduled for July 15, 2005, may be continued to

24 August 26, 2005, at 10:00 a.m.

25      Defense counsel continue to separately investigate this complex

26 case, both legally and factually.  As to defendant Lewis, the case

27 involves multiple charges occurring at several locations; the available

28 forensic evidence has yet to be completely reviewed.  All parties agree

1  that additional time is necessary before the case may be resolved or
2  trial scheduled.  So that these tasks may be completed, the parties agree
3  that the ends of justice to be served by a continuance outweigh the best
4  interests of the public and the defendant in a speedy trial and that time
5  under the Speedy Trial Act may be excluded from the date of this Order
6  through July 15, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
7  (B)(iv)(Local Code T4).

                                        Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: July 12, 2005          /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for RYAN LEWIS

Dated: July 12, 2005          /s/ Kevin Clymo
KEVIN CLYMO
Attorney for EVA HOLLAND

Dated: July 12, 2005          /s/ Joseph Wiseman
JOSEPH WISEMAN
Attorney for LILI HOLLAND

Dated: July 12, 2005          /s/ Scott Tedmon
SCOTT TEDMON
Attorney for JEREMIAH COLCLEASURE

McGREGOR SCOTT
United States Attorney

Dated: July 12, 2005          /s/ Steve Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

Stip. in U.S.A. v. Lewis et al.     2

**O R D E R**

The status conference is continued to August 26, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated:  July 14, 2005                    /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         United States District Judge