1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   RYAN LEWIS
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )   No. CR. S-05-0083 EJG
                                  )
14            Plaintiff,          )
                                  )   **STIPULATION AND ORDER**
15       v.                       )   **CONTINUING STATUS CONFERENCE**
                                  )
16 RYAN LEWIS,                    )
   EVA HOLLAND,                   )   Date:  August 26, 2005
17 LILI HOLLAND, and              )   Time:  10:00 a.m.
   JEREMIAH COLCLEASURE,          )   Judge: Hon. Edward J. Garcia
18                                )
              Defendants.         )
19                                )
   _____)
20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and all defendants, through their respective attorneys, that

23 the status conference scheduled for August 26, 2005, may be continued to

24 September 9, 2005, at 10:00 a.m.

25       Defense counsel continue to separately investigate this complex

26 case, both legally and factually, and all parties continue to consider

27 and discuss options for narrowing the issues for trial.  All parties

28 agree that additional time is necessary before the case may be resolved

1  or trial scheduled in order to continue necessary factual investigation,
2  legal research, and discussions between the parties. The parties
3  therefore agree that the ends of justice to be served by a continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial and that time under the Speedy Trial Act may be excluded from the
6  date of this Order through September 9, 2005, pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv)(Local Code T4).

8                                          Respectfully submitted,

9                                          QUIN DENVIR
                                           Federal Defender
10

11 Dated: August 25, 2005                  /s/ Tim Zindel
                                           TIMOTHY ZINDEL
12                                         Attorney for RYAN LEWIS

13 Dated: August 25, 2005                  /s/ T. Zindel for K. Clymo
                                           KEVIN CLYMO
14                                         Attorney for EVA HOLLAND

15 Dated: August 25, 2005                  /s/ T. Zindel for J. Wiseman
                                           JOSEPH WISEMAN
16                                         Attorney for LILI HOLLAND

17 Dated: August 25, 2005                  /s/ T. Zindel for Scott Tedmon
                                           SCOTT TEDMON
18                                         Attorney for JEREMIAH COLCLEASURE

19                                         McGREGOR SCOTT
                                           United States Attorney
20

21 Dated: July 12, 2005                    /s/ T. Zindel for S. Lapham
                                           R. STEVEN LAPHAM
22                                         Assistant U.S. Attorney

23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stip. in U.S.A. v. Lewis et al.          2

**O R D E R**

The status conference is continued to September 9, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated:  August 25, 2005            /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Judge