QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RYAN LEWIS




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0083 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| RYAN LEWIS, | ) | |
| EVA HOLLAND, | ) | Date:  August 26, 2005 |
| LILI HOLLAND, and | ) | Time:  10:00 a.m. |
| JEREMIAH COLCLEASURE, | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

of America, and all defendants, through their respective attorneys, that

the status conference scheduled for August 26, 2005, may be continued to

September 9, 2005, at 10:00 a.m.

        Defense counsel continue to separately investigate this complex

case, both legally and factually, and all parties continue to consider

and discuss options for narrowing the issues for trial.  All parties

agree that additional time is necessary before the case may be resolved

1   or trial scheduled in order to continue necessary factual investigation,

2   legal research, and discussions between the parties. The parties

3   therefore agree that the ends of justice to be served by a continuance

4   outweigh the best interests of the public and the defendant in a speedy

5   trial and that time under the Speedy Trial Act may be excluded from the

6   date of this Order through September 9, 2005, pursuant to 18 U.S.C. §

7   3161(h)(8)(A) and (B)(iv)(Local Code T4).

8                                       Respectfully submitted,

9                                       QUIN DENVIR
                                        Federal Defender
10

11  Dated: August 25, 2005             /s/ Tim Zindel
                                        TIMOTHY ZINDEL
12                                      Attorney for RYAN LEWIS

13  Dated: August 25, 2005             /s/ T. Zindel for K. Clymo
                                        KEVIN CLYMO
14                                      Attorney for EVA HOLLAND

15  Dated: August 25, 2005             /s/ T. Zindel for J. Wiseman
                                        JOSEPH WISEMAN
16                                      Attorney for LILI HOLLAND

17  Dated: August 25, 2005             /s/ T. Zindel for Scott Tedmon
                                        SCOTT TEDMON
18                                      Attorney for JEREMIAH COLCLEASURE

19                                      McGREGOR SCOTT
                                        United States Attorney
20

21  Dated: July 12, 2005               /s/ T. Zindel for S. Lapham
                                        R. STEVEN LAPHAM
22                                      Assistant U.S. Attorney

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

**O R D E R**


     The status conference is continued to September 9, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

     IT IS SO ORDERED.


Dated:  August 25, 2005                    /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
                                           United States District Judge