QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0083 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| RYAN LEWIS, ) | |
| EVA HOLLAND, ) | Date: September 9, 2005 |
| LILI HOLLAND, and ) | Time: 10:00 a.m. |
| JEREMIAH COLCLEASURE, ) | Judge: Hon. Edward J. Garcia |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

 IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and all defendants, through their respective attorneys, that the status conference scheduled for September 9, 2005, may be continued to September 23, 2005, at 10:00 a.m.

 Defense counsel continue to separately investigate this complex case, both legally and factually, and all parties continue to consider and discuss options for narrowing the issues for trial. All parties agree that additional time is necessary before the case may be resolved

1  or trial scheduled in order to continue necessary factual investigation,
2  legal research, and discussions between the parties.  The parties
3  therefore agree that the ends of justice to be served by a continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial and that time under the Speedy Trial Act may be excluded from the
6  date of this Order through September 23, 2005, pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

Dated: September 7, 2005        /s/ Tim Zindel
                                          TIMOTHY ZINDEL
                                          Attorney for RYAN LEWIS

Dated: September 7, 2005        /s/ T. Zindel for K. Clymo
                                          KEVIN CLYMO
                                          Attorney for EVA HOLLAND

Dated: September 7, 2005        /s/ T. Zindel for J. Wiseman
                                          JOSEPH WISEMAN
                                          Attorney for LILI HOLLAND

Dated: September 7, 2005        /s/ T. Zindel for Scott Tedmon
                                          SCOTT TEDMON
                                          Attorney for JEREMIAH COLCLEASURE

                                          McGREGOR SCOTT
                                          United States Attorney

Dated: September 7, 2005        /s/ T. Zindel for S. Lapham
                                          R. STEVEN LAPHAM
                                          Assistant U.S. Attorney

23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

1 **O R D E R**

3    The status conference is continued to September 23, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

     IT IS SO ORDERED.


Dated:  September 7, 2005           /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge

Stip. in <u>U.S.A. v. Lewis et al.</u>        3