QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0083 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| RYAN LEWIS, ) | |
| EVA HOLLAND, ) | Date: September 23, 2005 |
| LILI HOLLAND, and ) | Time: 10:00 a.m. |
| JEREMIAH COLCLEASURE, ) | Judge: Hon. Edward J. Garcia |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and all defendants, through their respective attorneys, that the status conference scheduled for September 23, 2005, may be continued to October 14, 2005, at 10:00 a.m.

Defense counsel continue to separately investigate this complex case, both legally and factually, and all parties continue to consider and discuss options for narrowing the issues for trial. All parties agree that additional time is necessary before the case may be resolved

1  or trial scheduled in order to continue necessary factual investigation,
2  legal research, and discussions between the parties.  The parties
3  therefore agree that the ends of justice to be served by a continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial and that time under the Speedy Trial Act may be excluded from the
6  date of this Order through October 14, 2005, pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                       Respectfully submitted,

                                       QUIN DENVIR
                                     Federal Defender

Dated: September 22, 2005        /s/ Tim Zindel
                                 TIMOTHY ZINDEL
                                 Attorney for RYAN LEWIS

Dated: September 22, 2005        /s/ T. Zindel for K. Clymo
                                 KEVIN CLYMO
                                 Attorney for EVA HOLLAND

Dated: September 22, 2005        /s/ T. Zindel for J. Wiseman
                                 JOSEPH WISEMAN
                                 Attorney for LILI HOLLAND

Dated: September 22, 2005        /s/ T. Zindel for Scott Tedmon
                                 SCOTT TEDMON
                                 Attorney for JEREMIAH COLCLEASURE

                                 McGREGOR SCOTT
                                 United States Attorney

Dated: September 22, 2005        /s/ T. Zindel for S. Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////

Stip. in U.S.A. v. Lewis et al.            2

**O R D E R**

The status conference is continued to October 14, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: September 22, 2005      /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Judge