FILED
November 7, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. CR S-05-0083 EJG
           Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
RYAN DANIEL LEWIS, )
)
           Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RYAN DANIEL LEWIS , Case No.  CR S-05-0083 EJG , Charge  18 USC § 844 (i) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 500,000.00

___   Unsecured Appearance Bond $ _____

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other) _Pretrial Services Supervision w/ additional conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 7, 2005  at  11:30 a.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal