UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                  **RE:**   Ryan Daniel LEWIS
                                              Eva Rose HOLLAND
                                              Lili Marie HOLLAND
                                              Docket Number: 2:05CR00083-01
                                              **CONTINUANCE OF JUDGMENT**
                                              **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 01/13/2006 to 01/27/2006 at 10AM. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** Probation Officer needs more time to prepare report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                              Respectfully submitted,

                                              /s/ Linda Alger

                                              **LINDA L. ALGER**
                                         **Senior United States Probation Officer**

**REVIEWED BY:**   /s/ Karen A. Meusling
                             **KAREN A. MEUSLING**
                             **Supervising United States Probation Officer**

**FILED**

Dated:
    Sacramento, California
    LLA:la

DEC 12 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓  **Approved**        /s/ Edward J. Garcia        12/12/05
                       **Senior United States District Judge**    **Date**

___  **Disapproved**

Rev. 8/98
CONTJ&S.EJG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00083-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Ryan Daniel LEWIS<br>Eva Rose HOLLAND<br>Lili Marie HOLLAND | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 01/27/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 01/20/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 01/13/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 01/06/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 12/23/2005 |

Rev. 8/98
CONTJ&S.EJG