LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JEREMIAH COLCLEASURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>       v.                       )<br>                                )<br>                                )<br>JEREMIAH COLCLEASURE, et al.    )<br>                                )<br>            Defendants.         )<br>_____ ) | No. Cr. S-05-0083 EJG<br><br>STIPULATED BRIEFING SCHEDULE<br>AND ORDER AND<br>EXCLUSION OF TIME<br><br><br><br>C/EJG |

The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and defendant Jeremiah Colcleasure, through his counsel Scott L. Tedmon, hereby stipulate that the current briefing schedule be vacated and the following briefing schedule be adopted. Scott L. Tedmon, counsel for defendant Jeremiah Colcleasure, needs additional time to research and investigate this matter, confer with his client and prepare any motion to be filed. The proposed briefing schedule is as follows:

Defendant shall file and serve all motions by January 27, 2006.

Government's response shall be filed and served by February 10, 2006.

Defendant's reply shall be filed and served by February 17, 2006.

The hearing date on motions shall be February 24, 2006 at 10:00 a.m.

Colleen Lydon has approved the February 24, 2006 hearing date. The trial confirmation

- 1 -

hearing is set for February 24, 2006. The jury trial date is set for March 13, 2006.

## SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate the Court should reiterate its previous finding that time be excluded through March 13, 2006 under the Speedy Trial Act based on the needs of counsel to prepare for any motion and trial, 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 5, 2006                McGREGOR W. SCOTT
                                      United States Attorney

                                       /s/ R. Steven Lapham
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney

DATED: January 5, 2006                LAW OFFICES OF SCOTT L. TEDMON

                                       /s/ Scott L. Tedmon
                                      SCOTT L. TEDMON
                                      Attorney for Jeremiah Colcleasure

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the amended briefing schedule set forth above is hereby adopted.

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through March 13, 2006, the date of the jury trial. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: January  6 , 2006              /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      Senior U.S. District Judge