```
KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
EVA HOLLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-05-083 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING PRESENTENCE SCHEDULE AND CONTINUING SENTENCING HEARING |
| v. | |
| EVA HOLLAND, et al., | Date: January 27, 2006 |
| Defendants. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Eva Holland, Kevin D. Clymo, counsel for defendant Lili Holland, Joseph J. Wiseman, counsel for defendant Ryan Lewis, Timothy Zindel, and the probation officer, Linda Alger, that the schedule for preparing and disclosing the final presentence report is amended as set forth below. The hearing on judgment and sentence is **continued to March 17, 2006, at 10:00 a.m.**[1], thus **vacating** the hearing now set for January 27, 2006. The new schedule:

(1) Informal objections to the draft presentence report

---

[1] The parties have been advised by this Court's Clerk that March 17, 2006 at 10:00 a.m. is an available date and time for judgment and sentencing in this matter.

1

shall be sent to the probation officer by February 3, 2006;

    (2) The final presentence report shall be filed with the Court by February 17, 2006;

    (3) Any motion to correct the presentence report shall be filed by February 24, 2006;

    (4) Hearing on Judgment and Sentence shall be Friday, March 17, 2006 at 10: a.m.

IT IS SO STIPULATED.

Dated: January 20, 2006      /s/ Kevin D. Clymo
KEVIN CLYMO
Attorney for Defendant
Eva Holland

Dated: January 20, 2006      QUIN DENVIR
Federal Defender

/s/ Timothy Zindel
Timothy Zindel[2]
Assistant Federal Defender
Ryan Lewis

Dated: January 20, 2006      /s/ Joseph J. Wiseman
Joseph J. Wiseman[2]
Attorney for Defendant
Lili Holland

Dated: January 20, 2006      McGREGOR W. SCOTT
United States Attorney

by: /s/ R. Steven Lapham
R. STEVEN LAPHAM[2]
Assistant U.S. Attorney

///

///

---

[2] Kevin D. Clymo has obtained authorization to sign on behalf of Joseph Wiseman, R. Steven Lapham, and Timothy Zindel.

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the January 27, 2006 judgment and sentence date is continued to March 17, 2006 at 10:00 a.m. and that the schedule for preparing and disclosing the final presentence report is amended as set forth above.

Dated: 1/19/06

EDWARD J. GARCIA
United States District Judge

3