```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RYAN LEWIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             ) <br>       Plaintiff, ) <br>             ) <br>    v.       ) <br>             ) <br>RYAN LEWIS et al.,   ) <br>             ) <br>       Defendants.  ) <br>_____ ) | No. CR. S-05-0083 EJG <br><br>**STIPULATION AND ORDER REGARDING MOTION TO CORRECT PRESENTENCE REPORT RE DEFENDANT LEWIS** <br><br>Date:  March 17, 2006 <br>Time:  10:00 a.m. <br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Ryan Lewis, through their respective attorneys, that any motion to correct the final presentence report shall be filed by March 3, 2006, with any responsive briefs due one week later, on March 10, 2006. The date for sentencing of all defendants (March 17, 2006) remains unchanged by this agreement.

The final presentence reports concerning defendants who have pled guilty will be filed on February 17. Under the schedule previously set, any motion to correct the final PSR is to be filed by February 24. Mr.

1  Lewis's attorney is unavailable during the week of February 21, however,
2  and seeks an extra week to prepare a motion if one is needed.  Counsel
3  for the government has agreed to this change, which does not affect the
4  schedule as to other defendants or change the hearing date.

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Acting Federal Defender
7

8  Dated: February 15, 2006                /s/ T. Zindel
                                           TIMOTHY ZINDEL
9                                          Attorney for RYAN LEWIS

10                                         McGREGOR SCOTT
                                           United States Attorney
11

12 Dated: February 15, 2006                /s/ T. Zindel for S. Lapham
                                           R. STEVEN LAPHAM
13                                         Assistant U.S. Attorney

14

15                                **O R D E R**

16

17    As to defendant Lewis, any motion to correct the presentence report
18 shall be filed by March 3, 2006, with any opposing brief due a week later
19 on March 10, 2006.
20    IT IS SO ORDERED.
21

22 Dated:  February 15, 2006               /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
23                                         United States District Judge

24
25
26
27
28

Stip. in U.S.A. v. Lewis et al.           2