1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   RYAN DANIEL LEWIS
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,    ) No. CR. S-05-0083 EJG
                                )
14           Plaintiff,         )
                                ) **MOTION TO EXONERATE BOND**
15     v.                       ) **RE DEFENDANT LEWIS; ORDER**
                                )
16 RYAN DANIEL LEWIS et al.,    )
                                ) Judge: Hon. Edward J. Garcia
17           Defendants.        )
                                )
18 _____)

19      In November 2005, the magistrate judge set bail for defendant Ryan
20 Lewis in the amount of $500,000.00 secured by a deed of trust to property
21 in Newcastle owned by Greg and Sherry Lewis.  On March 17, 2006, the
22 Court remanded Ryan Lewis after sentencing.  Mr. Lewis is now in custody
23 of the U.S. Marshal at Sacramento County Jail pending designation by the
24 Bureau of Prisons.
25      Because he is now in custody, he asks that the bond securing his
26 release be exonerated and that real property securing the bond be
27 reconveyed.
28      A proposed order follows, for the Court's convenience.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Acting Federal Defender

Dated:  March 27, 2006              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for RYAN LEWIS
```

**O R D E R**

The bond in the above case is exonerated.  The Clerk of the Court shall immediately reconvey to its owners the real property pledged to secure the bond.

IT IS SO ORDERED.

```
Dated: March 27, 2006               /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Court Judge
```

Mot. to exonerate bond re R. Lewis            -2-