DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN DANIEL LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0083 EJG |
| Plaintiff, ) | |
| ) | **MOTION TO EXONERATE BOND** |
| v. ) | **RE DEFENDANT LEWIS; ORDER** |
| ) | |
| RYAN DANIEL LEWIS et al., ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendants. ) | |
| _____ ) | |

In November 2005, the magistrate judge set bail for defendant Ryan Lewis in the amount of $500,000.00 secured by a deed of trust to property in Newcastle owned by Greg and Sherry Lewis. On March 17, 2006, the Court remanded Ryan Lewis after sentencing. Mr. Lewis is now in custody of the U.S. Marshal at Sacramento County Jail pending designation by the Bureau of Prisons.

Because he is now in custody, he asks that the bond securing his release be exonerated and that real property securing the bond be reconveyed.

A proposed order follows, for the Court's convenience.

1  Respectfully submitted,

2  DANIEL J. BRODERICK
   Acting Federal Defender
3

4  Dated:  March 27, 2006        /s/ T. Zindel
                                 TIMOTHY ZINDEL
5                                Assistant Federal Defender
                                 Attorney for RYAN LEWIS
6

7

8

9

10                              **O R D E R**

11

12     The bond in the above case is exonerated.  The Clerk of the Court
13  shall immediately reconvey to its owners the real property pledged to
14  secure the bond.
15     IT IS SO ORDERED.

16

17  Dated: March 27, 2006         /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
18                                United States District Court Judge

19

20

21

22

23

24

25

26

27

28

Mot. to exonerate bond re R. Lewis          -2-